**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS



moved out
RTS

RECEIVED
JUN 22 2010
A  8:30_____M
WILLIAM T. WALSH
CLERK

NIXIE    086   DE 1    00  06/19/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 08608150020    *0551-09084-18-36

08608@1500

**Service of Process:**
3:10-cv-02932-AET -TJB WOMACK v. MOLEINS et al

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2010 at 3:31 PM EDT and filed on 6/9/2010
**Case Name:**  WOMACK v. MOLEINS et al
**Case Number:**  3:10-cv-02932-AET -TJB
**Filer:**
**Document Number:** 1

**Docket Text:**
**Complaint Received. NO IFP APPLICATION (Attachments: # (1) ENVELOPE)(eaj)**


**3:10-cv-02932-AET -TJB Notice has been electronically mailed to:**

**3:10-cv-02932-AET -TJB Notice will not be electronically mailed to::**

DAVID L. WOMACK
SBI, OSO1569275-5377
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON, NJ 08625

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/10/2010] [FileNumber=4261182-0
] [2c875cbd92e530a311d66e555ab0eaca157e1629d1d3ffdf84e1280045e98cc4fc5
1c275603df99073ee2fbf6f33512c29e493e1f8ca106abef9875b1f925c39]]
**Document description:** ENVELOPE
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/10/2010] [FileNumber=4261182-1
] [b208d5db21f1ca60acede5ff21d5ad40e4b88b8affe7d036c8a9d42929b9bd00c13
f3cf00f9f2f59b7249fbb7c46689d58e621483a92773c3ccff14db68657c8]]