To: Judge ) 3:10-CV-02932-AET-TJB,

(6-13-2012)

This mAil I Sent is to be Attach with Legal mail, I Sent C#rtify this month dated 6-12-12. In the motion from judge on, 5-29-2012. please make copies of what I just send you, cause they're my Originals, I need them back. I am asking this court to Appoint me A Lawyer, due to I don't KNow lawyer and I am literate,

(See AttachMents, #10, paper)

Mr. David Lee, WoMack, S,H,U,
   #08497-007, B-235-Cell
   U,S,P, Folrence-Flp AttN Mail, parcels
      p,o, Box 7500
      Folrence, Co, 81226,


ThANK you For your Time and Help

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 JUN 19 AM 10 57



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Court in Act.*
*Case in Act.*

**Office of Special Education**
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

## SPECIAL EDUCATION
## RECORD RELEASE AUTHORIZATION

Student Name: *Davis Womack*

Date of Birth: *4/3/78*

Last School(s) Attended: *City Lights*

Last Year Attended: _____

Grade: _____

Did you receive a Diploma? _____   Year Received: _____

Did you receive a Certificate? _____   Year Received: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, *Sylvia Steele (Grandmother)* authorize District of Columbia Public Schools Special Education Central File Room to release a copy of all records pertaining to my educational, attendance, medical, mental and social information to:

Name: _____

Address: *324 Taylor St. NW*

City/St/Zip: *WDC       20011*

Phone Number: *205-291-4343*

Signature of Student: _____  Date: _____

Signature of Parent/Legal Guardian: _____  Date: _____

**(Note: Authorized person must show a valid ID with signature before records are released.)**

2012 JUN 19 AM 10 57
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of Special Education*
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-535-1586
www.k12.dc.us

## CERTIFICATE OF NO RECORDS

**CASE NAME:**    **David Womack**
**D.O.B.:**        04/03/7⊘

I, the undersigned, am the Custodian of Records for DC Public Schools, Division of Special Education Central Office records.

I certify that a thorough search of our central files, conducted under my supervision and direction, revealed no records for:

David Womack

It is important to note that records for the student may exist under another spelling, another name or another classification. However, the information you furnished to our office, to the best of our knowledge, produced no such records on this student at this time.

**DATE:** 06/28/06                **SCHOOL:** D.C. City Lights

**SIGNATURE:** *Christine Wilson*    **TITLE:** Records Specialist

New Jersey State Prison                    March 15, 2006
PO Box 861
Trenton, New Jersey 08625

Barry C. Scheck, Director
The Innocence Project, Inc.
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, New York 10010

Dear Mr. Barry C. Scheck, Director:

I was informed to contact you by my attorney Mr. Steven Hanlon, 2099 – Pennsylvania
Ave., N.W.  Washington, DC 20006, he said that he know you and would send me a
letter to do exactly as I am doing; however, through my travels I was unable to get the
letter or even get contact with Mr. Steven Hanlon.

To give you some history of my situation; I was arrested and convicted/plead guilty to 1st
degree arm robbery and burglary at the age of 17 in 1987. I received probation for (3)
three years in 1989 by Washington DC Superior Court Judge Shooka (male). He is
currently deceased.

I arrived home from prison in December 1990 to commence my Probationary period
ordered by the courts for the 1st degree arm robbery, and burglary. The stipulation of my
probation was that I had to attend or go to District of Columbia's City of Lights Program
(Special Educational Schooling), which was in NW Washington DC, at that time.
Moreover it was documented by schools that I attended as well as the DC Superior Court
System that I was unable to neither read nor write. To add at that specific time I was
receiving government assistance well known as the SSI Checks due to my mentioned
disability as well as others.

My attorney at that time was Mr. Tony Milton Lee attorney who was appointed by the
court (public defender). He is currently a District of Columbia (DC) Magistrate of the
courts.

In November 29, 1992 I was still on probation for the 1st degree arm robbery, and
burglary when I was re-arrested for nine (9) charges (felonies) in which are provided on
my application. My defense attorney for the nine (9) charges present was my requested
attorney, and who was my 1st attorney appointed to me by the courts, Mr. Tony Lee. I
went to trial and was convicted of all nine charges. However before and during the trial
my attorney Mr. Tony Lee, the prosecutor (female) I do not recall her name, the Judge,
and myself stood before the Judge. At that time my attorney Mr. Lee had asked me that
the government wanted to know if I was willing to give pubic hairs and saliva samples so
that they could see if it would match any possible findings at the scene of the crime or the
victim. I told my attorney that they could have what ever they need to do the test.

Page 2 of 3

In complying with the request I proceeded to the cage behind the court room. I provided the pubic hairs, and saliva samples for the DNA Testing. After providing the samples my attorney came to where I was, in the back of the courts. I had asked my attorney to why did they not request to draw blood from me as well? My attorney started to laugh and stated, "That we will not open up that Pandora's box!" Not knowing what that meant, I asked my attorney, "What did you mean by that?" My attorney stated, "If they do not ask, we are not going to offer it." This tie into the fact that a State Official stated in court that he witnessed blood samples being drawn from me, when in fact it did not happen.

Moreover during the trial proceedings a government official testified under oath that he was present when my blood was drawn for the DNA Testing. However there is no documentation stating or showing that blood was drawn from me. Again the DNA doctor testified that he did the test however during the testimony the doctor did not present any documentation what was used to do the testing method with.

To bring you up to speed, during my original appeal I received a new court appointed (public defender) Mr. Matthew Robinson. Due to the false testimony on the behalf of the DNA doctor stating that blood was drawn from me, and my attorney not arguing the case; I asked new appointed attorney to file for me the case of insufficient counseling against Attorney Tony Milton Lee who does not and did not work as a public defender at the time of requesting this motion. My appointed attorney stated that he could, and would not file a motion of insufficient counseling due to Mr. Tony Lee use to be his supervisor. My case is this being that my current attorney felt he could not file insufficient counseling due to my past attorney being his boss, he should have informed the judge that there was a conflict of interest and or remove himself or have the judge appoint another attorney to represent my case.

In 1999 an Inmate Frank Hanning filed Pro Se for me (Appeal on the (9) nine felonies convicted on). He was granted oral argument on my behalf. However inmate Frank Hanning upon submitting the oral argument for my Pro Se he amended/changed parts of the oral argument in which were not in the original. In doing this, it showed that he did not understand the law, and due to his incompetence my case was denied.

Due to not being able to read or write and the law states when an individual files Pro Se they are not confined to the same standards as a certified attorney. However on August 10, 2005 Judge Herbert B. Dixon Jr. Superior Court of the District of Columbia stated that I was procedurally barred and that my case lack substantive merit, and therefore denied my case.

Page 3 of 3

Provided I have is your application, and some of the answers on your application form are answered on a separate piece of paper/pages typed. Please accept this. If you have any questions I can be reached via correspondence at the address above and my name and numbers are at the bottom of this page.

In conclusion I am requesting help from your agency in acquiring a DNA testing to clear my name and to show that I am innocent.

Sincerely yours,

David Lee Womack
OS01569275/537775
4BL/01

#08497-007, S.H.U. B-235
U.S.P. Florence - Flp - Attn Mail, Parcels
P.O. Box 7500,
Florence, Co. 81226

Date: 06/11/2012
Time: 6:20:16 AM

Facility: FLX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Page 1

**Start Date:** 12/11/2011
**End Date:** 06/11/2012
**Inmate Reg#:** 08497007
**Account Status:** All
**Institution:** All

Date: 06/11/2012
Time: 6:20:16 AM

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | |
|---|---|
| Inmate Reg#: | 08497007 |
| Inmate Name: | WOMACK, DAVID |
| Current Site Name: | Florence FCC |
| Housing Unit: | FLP-Z-A |

| | |
|---|---|
| Living Quarter: | Z04-235L |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 2/1/2012 |

CERTIFIED
JUN 11 2012
FCC FLORENCE
FINANCIAL MANAGEMENT
*David Lee Womack*

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 02/17/2012 03:20:55 AM | TX021712 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| | **Institution Count:** | **1** | | | | | | |
| OKL | 02/17/2012 04:20:54 AM | TX021712 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| | **Institution Count:** | **1** | | | | | | |
| FLX | 03/06/2012 08:35:56 AM | 3153 | | | BP-199 Refusal | | ($2,462.00) | |
| FLX | 03/23/2012 05:00:55 AM | 70104901 | | | Lockbox - CD | $98.48 | | $98.48 |
| FLX | 04/06/2012 10:24:53 AM | 13 | | | Sales | $0.00 | | $98.48 |
| FLX | 04/11/2012 10:33:51 AM | 65 | | | Sales | $0.00 | | $98.48 |
| FLX | 04/13/2012 03:17:42 AM | 3153 | | | BP-199 Refusal - Released | | $2,462.00 | |
| FLX | 04/13/2012 03:17:42 AM | TX041312 | | | Transfer - Out to TRUFACS | ($98.48) | | $0.00 |
| | **Institution Count:** | **6** | | | | | | |
| OKL | 04/13/2012 04:17:43 AM | TX041312 | | | Transfer - In from TRUFACS | $98.48 | | $98.48 |
| OKL | 04/13/2012 04:17:43 AM | 3153 | | | BP-199 Refusal | | ($2,462.00) | |
| | **Institution Count:** | **2** | | | | | | |
| FLX | 05/09/2012 08:44:11 AM | TX050912 | | | Transfer - In from TRUFACS | $98.48 | | $98.48 |
| FLX | 05/09/2012 08:44:11 AM | 3153 | | | BP-199 Refusal | | ($2,462.00) | |
| | **Institution Count:** | **2** | | | | | | |
| OKL | 05/09/2012 09:44:10 AM | 3153 | | | BP-199 Refusal - Released | | $2,462.00 | |

Page 2



Date: 06/11/2012
Time: 6:20:16 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 08497007 | Living Quarter: | Z04-235L |
| Inmate Name: | WOMACK, DAVID | Arrived From: | OKL |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLP-Z-A | Account Creation Date: | 2/1/2012 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OKL | 05/09/2012 09:44:10 AM | TX050912 | | | Transfer - Out to TRUFACS | ($98.48) | | $0.00 |
| | **Institution Count:** | **2** | | | | | | |
| FLX | 05/12/2012 05:00:32 AM | 70108501 | | | Lockbox - CD | $125.00 | | $223.48 |
| FLX | 05/12/2012 05:00:32 AM | LFLXD371-4576 | | | Debt Encumbrance | | ($12.95) | |
| FLX | 05/12/2012 05:00:32 AM | LFLXD309-4575 | | | Debt Encumbrance | | ($21.95) | |
| FLX | 05/13/2012 12:10:04 AM | LFLXD309-4575 | | | Debt Encumbrance - Released | | $21.95 | |
| FLX | 05/13/2012 12:10:04 AM | LFLXD371-4576 | | | Debt Encumbrance - Released | | $12.95 | |
| FLX | 05/13/2012 12:10:04 AM | LFLXD371 | | | Photo Copies | ($12.95) | | $188.58 |
| FLX | 05/13/2012 12:10:04 AM | LFLXD309 | | | Postage | ($21.95) | | $201.53 |
| FLX | 06/08/2012 09:14:04 AM | LFRP0612 | | | FRP Quarterly Pymt | $0.00 | | $188.58 |
| | **Institution Count:** | **8** | | | | | | |
| | **Total Count:** | **22** | | | **Totals:** | **$188.58** | **($2,462.00)** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | ($2,273.42) | $0.00 | $0.00 | $0.00 | $2,462.00 | $0.00 | $0.00 | $188.58 |
| **Totals:** | **($2,273.42)** | **$0.00** | **$0.00** | **$0.00** | **$2,462.00** | **$0.00** | **$0.00** | **$188.58** |

Page 3

Date: 06/11/2012
Time: 6:20:16 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

Inmate Reg#: 08497007
Inmate Name: WOMACK, DAVID
Current Site Name: Florence FCC
Housing Unit: FLP-Z-A

Living Quarter: Z04-235L
Arrived From: OKL
Transferred To:
Account Creation Date: 2/1/2012

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $223.48 | $34.90 | $81.66 | $223.48 | $188.58 | N/A | N/A |

CO-30 A      NEW JERSEY STATE PRISON     Rev. 3/16/00

**POSTAGE REMIT**

DATE: 5-17-2010    LOCATION: 4B-L

INMATE NAME: D. WoMACK   S B I# 050156927

INMATE SIGNATURE: David Womack

---

TO: BUSINESS MANAGER      DATE MAILED: _____

(✔)   Check Appropriate Box (s)

| | | |
|---|---|---|
| ✔ | Legal Postage | $ |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✔ | Postage Affixed;    **SEND DIRECT** <br> Legal Postage Only   **TO MAILROOM** | |
| | Regular Postage   or   UPS   Property | |
| | Additional Insurance Amount $ | |
| |      Total Postage and Fees | $ |

SENT TO: District of Columbia Court of Appeals

ADDRESS: PRINT 430 E. Street. N.W.
Washington D.C. 20001 OFFICIAL Business

---

WITNESS: _____ | APPROVED BY: _____

SIGNATURE   PRINT _____ |

CHECK# _____      DATE: _____

G-21                    NEW JERSEY STATE PRISON                   (Rev. 3/03)

Legal Mail/Accountable Non Legal Mail

Process and Delivery Receipt  #_____

_Womack_ 537775 (4B) 5/13/10_____
Inmate Name          Number          Wing          Date

_DIS Court Washington_ 5/11/10_____
Sender               Address                    Date (Postmark)

_Sh. Links_ 5/13/10_____
Processed by: (Print and Sign)               Date

_____
Traffic Control Officer (if relocated) (Print and Sign)      Date

_____
Issued by: (Officer Print and Sign)          Wing          Date

_David W C-Mu_____
Inmate: (Print and Sign)                     Date

Item#     X  Legal Mail

____  Non Legal Accountable

          X  Regular First Class (No special handling)

          ____  Inter Office (Truck Mail)

          ____  Registered/Certified

          ____  Return Receipt

          ____  Priority Mail

          ____  Express Mail

          ____  Common Carrier Overnight or Priority Delivery
                (FedEx, UPS, etc.) carrier:_____

**Housing Officer:  If inmate has moved, hand deliver immediately to Traffic Control.**
**Traffic Officer:  Promptly locate inmate housing location in iTag and arrange for immediate delivery.**

WHITE - Mailroom I/M file          YELLOW - Wing Officer
PINK - Inmate Receipt              GOLDENROD - Mailroom Operator files

G-27 D
(Rev. 2/08)

NEW JERSEY STATE PRISON
REQUEST FOR LEGAL ASSISTANCE

☑ PHD ☐ Close Custody

Last Name- DAVID W MACK  State# 557775  S.B.I.# 050564  Date: 5-14-2010  Wing: 4B-L  Cell: 1

Work Assignment:

☐ Request Interview    ☐ Request Material    ☐ Law Library    ☑ Inmate Legal Assn.

Reason For Request (Be Specific)  BOBBY BROWN. I JUST GOT A RESPONSE
FROM THE COURT ON MAY 23 FROM THE APPEAL YOU DID FOR
ME I NEED TO SEE YOU AS SOON AS POSSIBLE TO APPEAL
MY DECISION TO N.J. SUPREME COURT.

David Wormack
Inmate Signature          Wing Officer Signature          Area Supervisor Signature

DATE  4/28/10                    DISTRICT OF COLUMBIA COURT OF APPEALS

                                 CASE NUMBER 05-CO-001139

                                       CASE TITLE


          DAVID LEE WOMACK
                                                    APPELLANT

                              V.


          UNITED STATES
                                                    APPELLEE

---------------------------------------------------------------

          ATTORNEYS FOR APPELLANT          ATTORNEYS FOR APPELLEE

     WOMACK, DAVID LEE                   MCLEESE III, ROY W.
     PRO SE                              US ATTORNEY'S OFFICE
     REG.#08497-007/CCM NY               ASSISTANT U.S. ATTORNEY
     100 29TH STREET                     555 4TH STREET NW RM 8104
→    BROOKLYN          NY 11232-0000     WASHINGTON      DC  20530-0000
                                         202-514-7088
     FOR: *WOMACK, DAVID LEE             FOR:  UNITED STATES

---------------------------------------------------------------

        COURT/AGENCY #: FEL12260-92
        TRIAL JUDGE: DIXON JR., HERBERT B.
        DATE OF JUDGMENT/ORDER:  8/11/2005
        NOTICE OF APPEAL: 09/14/2005
           RECORD COMPLETED: 11/15/2005
             CASE DISPOSED:  4/21/2006

---------------------------------------------------------------

     REMARKS:  DEN. OF POST-CONVICTION RELIEF
               10/27/05DFE

---------------------------------------------------------------

                         FILINGS/PROCEEDINGS

        9/14/2005   NOTICE OF APPEAL
                    JTOGANS

       10/31/2005        On consideration of the notice of appeal
                    filed in this case on September 14, 2005, and it
                    appearing that appellant was found eligible for
                    cost-waived status in the trial corut, and it
                    further appearing that no transcript is needed for
                     this appeal, it is
                        ORDERED that a briefing order will be issued
                    upon the filing in this court, by the Clerk of the
                     Superior Court, the record index and record
                    copies required by D.C. App. R. 11 (b)(3)(A).

CASE NUMBER 05-CO-001139
DAVID L. WOMACK V. UNITED STATES

(By: GP)
DEASTER

11/15/2005    RECORD INDEX
              PMCMILLAN

11/15/2005    RECORD COPIES
              PMCMILLAN

11/15/2005    RECORD COMPLETED
              DEASTER

11/22/2005         It appearing that the complete record on
              appeal has been filed with this court, it is
                   ORDERED that appellant's brief and the
              limited appendix including the documents required
              by D.C. App. R. 30 (f) shall be filed within 40
              days from the date of this order, and appellee's
              brief shall be filed within 30 days thereafter.
              See D.C. App. R. 31.  (By: GP)
              DEASTER

1/23/2006          On consideration of this court's order of
              November 22, 2005, directing appellant to file the
              brief, and the limited appendix, as required by
              D.C. App. R. 30 (f), within 40 days and it
              appearing that the brief and the limited appendix
              have not been filed with this court, it is
                   ORDERED that the brief of appellant and the
              limited appendix shall be submitted within 20 days
              from the date of this order, accompanied by a
              motion for leave to file out of time.  The motion
              should set forth good cause for the failure either
              to timely file the documents or to request an
              extension of time within which to do so.  Failure
              to comply with this order shall subject this
              appeal to dismissal without further notice.  See
              D.C. App. R. 13.  (By: GP)
              DEASTER

3/14/2006          On consideration of this court's order of
              January 23, 2006, which directed appellant to
              submit the brief and the limited appendix, within
              20 days from the date of the order, accompanied by
              a motion for leave to file out of time, and it
              appearing that the brief and the limited appendix
              have not been filed, it is
                   ORDERED that appellant shall within 20 days
              from the date of this order, submit the brief and
              the limited appendix, accompanied by a motion for
              leave to file the documents out of time.  The
              motion shall set forth good cause for the failure
              either to timely file the documents or to request
              an an extension of time within which to do so.

CASE NUMBER 05-CO-001139
DAVID L. WOMACK V. UNITED STATES

Failure to comply with this order shall subject
this appeal to dismissal without further notice.
See D.C. App. R. 13.  (By: GP)
DEASTER

4/21/2006   ORDERED:  That this appeal is hereby dismissed.
See D.C. App. R. 13.  (By: ETW)
DEASTER

4/21/2006   DISMISSED
DEASTER

5/15/2006   MANDATE ISSUED
MJURNEY

------------------------------------------------------------------

DISPOSITION

4/21/2006   DISMISSED
ORDER

------------------------------------------------------------------

# District of Columbia
# Court of Appeals

DAVID LEE WOMACK
REG.#08497-007
USP LEWISBURG - POB 1000
LEWISBURG, VA
          17837-1000

05-CO-001139 DAVID L. WOMACK V. UNITED STATES                    F12260-92

## O R D E R

On consideration of the notice of appeal
filed in this case on September 14, 2005, and it
appearing that appellant was found eligible for
cost-waived status in the trial corut, and it
further appearing that no transcript is needed for
this appeal, it is
ORDERED that a briefing order will be issued
upon the filing in this court, by the Clerk of the
Superior Court, the record index and record
copies required by D.C. App. R. 11 (b)(3)(A).
(dfe)

FOR THE COURT

*[signature]*

GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

ROY W. MCLEESE III          CLERK, SUPERIOR COURT          DIRECTOR, COURT REPORTING DIV.

DAVID LEE WOMACK, #~~53775~~ 537775
OSO1569275 S.B.I. ~~53775125~~, 4BL–CELL#1
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, NJ 08625

CLERK
DISTRICT OF COLUMBIA COURT OF APPEALS
500 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 2001

CASE NO: F12260-92

DEAR CLERK:

ON AUGUST 10, 2005, JUDGE HERBERT B. DIXON, JR. MADE A RULING
TO UPHOLD MY CONVICTION. WHEN JUDGE DIXON MADE THIS RULING I
WAS BEING HOUSED IN A.D.X. CELL AT USP-LEWISBURG AND BEING
MENTALLY AND PHYSICALLY TORTURED BY THE WARDEN AND THE STAFF
OF THAT INSTITUTION FOR 26 DAYS STRAIGHT.

FOR 26 DAYS STRAIGHT, THEY KEPT ME IN FULL CHAINS, ONCE

*To Clerk of court office, (6-2-2012*

*... Are being Violated. This Inmate: Tormu, E*
4B-R-Cell *Prall # 650739., 700294B., New Jersey state*
#47 *Prison. P.O. Box 861, Trenton, NJ 08625*
*is the one who helped me file them Law*
*Suit's. And he is no longer with me. And I*
*don't have no one to help me with this*
*one.*

RING BITS AND PIECED OF MY MIND BACK.

THE INMATES WHO READ MY PAPERWORK TO ME WHEN MY MIND START-
ED TO RECOVER, EXPLAINED THAT I SHOULD HAVE RECEIVED SOMETHING
FROM THE COURT. I THEN TOLD INMATE TORMU E. PRALL 700294B/650739

WHO READ MY PAPERWORK THAT I DIDN'T KNOW NOTHING ABOUT THAT.
INMATE PRALL THEN WROTE A LETTER TO THIS COURT ON MY BEHALF
TO FIND OUT WHAT WAS GOING ON ABOUT MY CASE.

ONCE I RECEIVED THE ORDER, I NOTICED THE BROOKLYN, NY ADDRESS
THAT THE COURT WAS SENDING MY MAIL TO. I HAVE NEVER BEEN THERE
BEFORE IN MY LIFE. THAT ADDRESS IS THE OFFICE OF THE BOP CASE
MANAGER, MARIA E. FIGUROA, WHO IS ASSIGNED TO MY CASE. SHE IS
SUPPOSED TO COME AND SEE ME TWICE A YEAR. I'VE ONLY SEEN HE
HER A HANDFUL OF TIME EVERSINCE I'VE BEEN HERE. AT NO TIME HAS
SHE OR ANY ONE FROM HER OFFICE EVER INFORMED ME THAT I RECEIVED
ANY FORM OF MAIL FROM THIS COURT. THAT'S HER JOB TO OVERSEE
MY WELL BEING. I HAVEN'T SEEN OR SPOKEN TO ANYONE FROM THAT
OFFICE IN 18 MONTHS AND COUNTING. I HAVE WRITTEN HER AT LEAST
7 TIMES AND RECEIVED NO RESPONSE. I GOT CARBON COPIES OF EVERY-
THING I WROTE HER. THE INTERSTATE CONTRACT AGREEMENT DONNA
FWEENEY ELROSE    HAS DENIED ME TO SPEAK WITH MY CASE MANAGER
FIGUEROA BY PHONE.

I HAVE A LETTER FROM THE NEW JERSEY  INTERSTATE CONTRACT
AGREEMENT LADY DONNA SWEENEY ELROSE STATING THAT I CANNOT CALL
MY BOP CASE MANAGER. I ALSO HAVE AN INSTITUTIONAL GRIEVANCE
RESPONSE FROM NEW JERSEY STATE PRISON ASSISTANT SUPERINTENDENT,
CHRISTOPHER HOLMES, TELLING ME THE SAMR THING.

DUE TO MY ILLITERACY AND MY SITUATION AS A WHOLE, I ASK
FOR THIS COURT TO VACATE ITS ORDER DISMISSING THIS CASE; TO
ORDER A NEW BRIEFING SCHEDULING; AND TO APPOINT ME A LAWYER
TO HELP ME PROSECUTE THIS APPEAL.

THANK YOU IN ADVANCE FOR YOUR TIME AND CONSIDERATION!

DATED: 05/17/10                    DAVID LEE WOMACK

David Lee, Womack, #537775
S.B.I. 0501569275, 4B-L-Cell#1
P.O. Box 861
Trenton, N.J. 08625

Date: # /4/22/2010,

Clerk of Court
District of Columbia Court of Appeals
500 Indiana Avenue. N.W.
Washington, D.C. 20001

Re: Information Inquiry. Case No. F12260-92

Please be advised the above name Petitioner
is illiterate and that this instant letter of
information inquiry is being written by
another prisoner who is a layman of the
law in an attempt to assist the above
name Petitioner in litigating his case
through the appeal process.

After reviewing the above name Petitioner's
limited case file, it is unclear to me as
to the status of his case. Listed below is
a brief summary of the procedural case
history as I understand it.

On or about September 1, 2005 a Notice of
Appeal was filed to the Superior Court of
the District of Columbia Criminal Division
appealing an order issued on or about August
12, 2005 by Honorable Judge Herbert B,
Dixian denying Petitioner's Motion to Vacate
sentence pursuant to D.C. Code # 23-110.

On or about October 31, 2005 the Appeal's Court accepted Petitioner's Notice of Appeal in a styled order; 05-Co-00139 David L. Womack V. United States, Case file no. F12260-92.

In the order a briefing schedule was to be Ordered followed by the Clerk's Office of the D.C. Superior Court submitting to the Court of Appeal the record index and record copies as required by D.C. App. R. 11 (b) (3) (A). It is at this point where the above case seemed to have stalled.

I look forward to hearing from your office at your most earliest convenance in regards to the current status of the above case and any other information your office Can provide. Thank you in advance for your time and consideration in this matter.

Respectfully submitted


NOTE: This letter was written for Mr. Womack as he is illitorate beyond signing his name.

CC: File

DATE: David Lee Womack
4-22-2010    BOP #08497-007, Fed.Reg

TRENTON NJ 085

U.S. POSTAGE PAID

(LEGAL MAIL)

Clerk of Court
District of Columbia Court of Appeals
500 Indi ana Avenue N.W
Washington, D.C. 20001

20001+2131

Mr. David L. Womack
SBI: 050156975-537775
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey, 08625

Name: David L. WoMa
Reg. No: 08497-007
U.S. PENITENTIARY
P.O. BOX 7500
FLORENCE, CO 81226-7000

Legal Mail

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7010 3090 0002 2731

Clerk United States District Court
402 E. State St. Room 2020
Trenton, NJ 08608

