To: CLERK, U.S. DISTRICT COURT, NEWARK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY  DISTRICT OF NEW JERSEY
RECEIVED  RECEIVED

2012 AUG 16  AM 10 54    2012 AUG 16  AM 10 54

8/9/2012

Case No. 3:10-CV-02932

Mr. David Lee Womack, #08497-007, S.H.U. B-227
U.S.P. Florence, P.O. Box 7000
Florence, Co, 81226.

Dear,

Honorable Judge — I am sending you this documentation to further prove to you that I from day one notified New Jersey as well as the Feds that I did not want to be in New Jersey due to I knew that I was wrongfully sent there and I seen that they had no attention on treating me right. I continued to document all that was wrongfully being done to me and request transfer, but the Feds wanted me to suffer and catch a street charge to try to justify what they have done to me in the Feds which I went to trial for to the degree that the Feds willingly sent me back to New Jersey when I notified them countless times while I was in New Jersey that my

page, 1-of-3

rights were being violated which is the three lawsuits before you Now your [Honor]. your Honor, I am requesting a polygraph test to make clear I am not lieing about any thing, I know that there are polygraph Allowed in #26 states in civil cases and New Jersey is one of them. your Honor I am still waiting for you to appoint me an ~~~~ Attorney I am more then willing to sign any contract to give a lawyer 40 percent or #30 percent. your Honor Trenton N.J tortured me willingly continually and the Feds did not do any thing to stop them because the landmark case I had against the Feds, your Honor the Feds is continuing to torture me by denieing me proper medical attention under constitution law and BOP Law I have all of my medical records and they are not giving me any medical attention since I've been back in the Feds. 2/16/2012, I need you to please intruct me on what to do

P.2-of-3

BECAUSE I CAN'T READ OR WRITE AND I DO NOT KNOW LAW, AND AM SENDING YOU COPIES OF WHAT I DOCUMENTED SO FAR, AS FAR AS MY MEDICAL SITUATION IN THE FEDS. LET ME KNOW IF YOU NEED COPIES OF MY MEDICAL RECORDS BECAUSE I HAVE COPIES OF EVERY THING. MD. DR. ALLRED IS THE HEAD DOCTER HERE, WHO DENIED ME OF MY CRONIC CARE AND ALL OTHER MEDICAL CARE, I SPOKE WITH WARDEN C. DANIELS AND CAPTIN SNIDER ABOUT THIS SITUATION AND THEY BOTH STATED THAT THEY ARE NOT GOING OVER MEDICALS OR OVERRIDING MEDICAL EVEN THOUGH I HAVE MEDICAL RECORDS TO PROVE MY MEDICAL CONDITIONS.

P. 3-OF-7

P.O. Box 1000
Florence, Co, 81226



Legal Mail

CERTIFIED MAIL
7011 1570 0000 2029 4171

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
02 1M
000 4212275  $00.000
AUG 13 2012
MAILED FROM ZIPCODE 81226

CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, RooM 2020
Trenton, New Jersey, 08608