UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 21, 2012

**LETTER ORDER**

**RECEIVED**
**AUG 2 1 2012**
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re:   Womack v. Moleins, et al.
      Civil Action No. 10-2932 (AET)

Dear Mr. Womack:

On August 16, 2012, the Court received the attached package of information from you, which appears to have been submitted in further support of your request for the appointment of *pro bono* counsel and as additional evidence to support your claims in this matter. The Court notes that nearly all of the documents attached to your opening letter contain sensitive, personal medical information. Given the sensitive nature of the documents attached to your letter, the Court shall file said information under seal. As such, the Court hereby directs the Clerk of the Court to file your three-page cover letter on the public docket and to file the attachments to same under seal.

**IT IS SO ORDERED.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**