To: Clerk of Courts:

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED 8/21/2012

2012 AUG 27 AM 10 37

I am sending this legal request Do to Im illiterate and my Constitutional rights are constantly being Violated, I am asking this Court to please assist me in assuring me that my Constitutional rights are being upheld, So I ask that you please send me the proper papers to fill-out to File a lawsuit for malpractice against DR. Allred Do to he continue to Deny me Chronic Care as well as, Deliberately lie about my medical condition/care, I ask this Court to please high light instructions for me to properly Fill-out necessary paper work, I have already sent a brief complaint with medical records to judge ms. 3:10-CV-02932-AET-TJB I sent it on 8,13,2012, Certified Mail Since then I have been told that I sent it to the wrong court, that I have to send it to the Court in Colorado I Do not know the information to the Court in Colorado now can you please forward this mail to the proper Court in Colorado and send me the proper

page-1-of-2

Address to the Court in Colorado Can you please Address in Formation to Me as "legal" so it Can be presented and opened with-in my presence Do to my mail being tampered with,

Thank you tremendously For your time Effort and Assistance, I've Already Exhausted my remedies to Bp-10 Now only have to File Bp-11 To Come before the Courts, (See Attachments My Medical Records #15 Copy, AND, Copy #13, BP,8, and, Bp-9, and Bp-10,, and, BP,11